IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ADVANCED DERMATOLOGY,<br><br>      Plaintiff,<br><br>vs.<br><br>COOLIBAR, INC.,<br><br>      Defendant. | Case No.: 1:19-cv-2500<br><br>JUDGE PATRICIA A. GAUGHAN |

**DEFENDANT'S MOTION TO ADMIT**
**ATTORNEY CHRISTOPHER J. HAUGEN PRO HAC VICE**

Now comes Lisa M. Ghannoum, undersigned attorney for Defendant Coolibar, Inc. ("Defendant"), pursuant to Local Civil Rule 83.5(h), and respectfully moves for the admission pro hac vice of Christopher J. Haugen as co-counsel for the Defendant.

As attested to in the attached declaration, Attorney Christopher J. Haugen is admitted to the practice of law in the Minnesota Supreme Court (Bar No. 0393138), the North Dakota Supreme Court (Bar No. 7742), the United States District Court for the District of Minnesota, the United States District Court for the District of North Dakota, and the United States Court of Appeals for the Eighth Circuit, and is a member in good standing entitled to practice law in each of those jurisdictions. Attorney Christopher J. Haugen agrees to comply with the applicable statutes, laws, and procedural rules of the United States and the State of Ohio; the rules, policies, and procedures of the tribunal before which he seeks to practice; and the ethical and professional rules of conduct in this jurisdiction.

|  |  |
|---|---|
| DATED: December 18, 2019 | */s/ Lisa M. Ghannoum* |

                                                          Lisa M. Ghannoum (0080950)
                                                          BAKER & HOSTETLER LLP
                                                          127 Public Square, Suite 2000
                                                          Cleveland, Ohio 44114-1214
                                                          Telephone: (216) 621-0200
                                                          Facsimile: (216) 696-0740
                                                          lghannoum@bakerlaw.com

                                                          *Counsel for Defendant*

3

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2019, I caused to be filed using the Court's CM/ECF system a true and correct copy of the foregoing to be delivered electronically by the CM/ECF system to all registered parties.

/s/ *Lisa M. Ghannoum*
Counsel for Defendant